UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RAY MICHAEL BLACKMORE,<br><br>Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden,<br><br>Respondent. | No. SA CV 13-01919-VBF (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

Accordingly, the habeas corpus petition is DENIED.

Final judgment will be entered by separate document.

Date:   October 2, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
United States District Judge