1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

| | |
|---|---|
| **RAY MICHAEL BLACKMORE,** | **NO. SA CV 13-01919-VBF-DFM** |
| Petitioner, | |
| v. | RULE 58 FINAL JUDGMENT |
| DAVID B. LONG, Warden, | |
| Respondent. | |

17
18

     Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

22
23

DATED:      October 2, 2014

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE